948

No. 663. Skeeles, Administratrix, et al. *v.* United States. Court of Claims. Certiorari denied. *Robert A. Littleton* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *H. S. Fessenden* for the United States.

No. 667. Oro Fino Consolidated Mines, Inc. *v.* United States. Court of Claims. Certiorari denied. *Prew Savoy* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Melvin Richter* for the United States.

No. 680. Holmes *v.* United States. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 681. Icenhour *v.* United States. C. A. 5th Cir. Certiorari denied. *Franklin H. Pierce* for petitioner. *Solicitor General Perlman* for the United States.

No. 682. Marshall Drug Co. *v.* United States. Court of Claims. Certiorari denied. *J. S. Seidman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 684. Allen *v.* United States. C. A. 9th Cir. Certiorari denied. *James A. Murray, William E. Cullen* and *Therrett Towles* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.